**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TAX VISION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:18-cv-05552 |
| v. | ) | |
| | ) | Judge Robert M. Dow Jr. |
| ADVANCED TAX SOLUTIONS, LLC and | ) | |
| SQUIRE DAHL | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

**NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Defendant Advanced Tax Solutions, LLC hereby states that it has no publicly-held affiliates.

Respectfully submitted,

ADVANCED TAX SOLUTIONS, LLC

Date: October 15, 2018

By: /s/ Mark R. Bagley
Mark R. Bagley
TOLPIN & PARTNERS, PC
100 North LaSalle Street, Suite 501
Chicago, Illinois 60602
(312) 698-8971

*Attorney for Defendant
Advanced Tax Solutions, LLC*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2** was served via the Northern District of Illinois electronic filing system to:

> Jonathan LA Phillips
> Melissa N. Schoenbein
> SHAY PHILLIPS, LTD.
> 230 Southwest Adams Street, Suite 310
> Peoria, Illinois 61602

on this 15th day of October, 2018.

        /s/ Mark R. Bagley
        Mark R. Bagley